BANK OF NORTHEAST ARKANSAS *v.*
NATIONAL SURETY CORPORATION

75-244                                   536 S.W. 2d 696

Opinion delivered May 3, 1976

*Parker & Henry,* for appellant.

*Smith, Williams, Friday, Eldridge & Clark,* by: *Joe D. Bell,*

for appellee.

CONLEY BYRD, Justice. This appeal is a companion case to *Affiliated Food Stores Inc., et al* v. *Bank of Northeast Arkansas,* #75-240, handed down this date. On this appeal, Appellant Bank of Northeast Arkansas contends that appellee National Surety Corporation did not file its notice of appeal in case #75-240, supra, in the time permitted by Ark. Stat. Ann. § 27-2106.1 (Repl. 1962). The appellee, on the other hand, contends that the filing of a motion for a new trial by its principals, Affiliated Food Stores Inc. and Oral W. Edwards, extended the time for it to file its notice of appeal pursuant to Ark. Stat. Ann. § 27-2106.3 through § 27-2106.6 (Supp. 1975). We agree with National Surety Corporation that, at least as to a party whose liability stands or falls upon the granting or denying of a motion for new trial, the time for filing of a notice of appeal is determined by Ark. Stat. Ann. § 27-2106.3 through § 27-2106.6.

Affirmed.